# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

WILLIAM C. FREDERICK

VERSUS

ST. MARY PARISH LAW
ENFORCEMENT CENTER, ET AL.

CIVIL ACTION

17-379-SDD-EWD

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated July 31, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter is transferred to the Western District of Louisiana for further proceedings.

Baton Rouge, Louisiana the 13 day of September, 2017.

*Shelly Dick*
_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 2.